**Earl Ingram, Plaintiff-Appellant, v. Ralph Tucker, Defendant-Appellee.**

Term No. 52–O–31.

Whitnel, Walker & Williams, for appellant; Baker, Kagy & Wagner, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed April 13, 1953; released for publication May 4, 1953.